# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Name of debtor:**   Bennie Pearson Jr.                    **Case Number:** 11-47189

                                                            **Chapter 13**
**Trustee:**   Tom Vaughn                                   **Judge:** Janet S. Baer

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 11/06/2014

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

**Name of creditor:**   FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC  As Serviced by Specialized Loan Servicing LLC     **Last four digits** of any number you use to identify the debtor's account:     xxxxxx4067

| 1. | Pre-Petition Arrears - Court claim no. (if known):   (Docket Entry #42) |
|---|---|

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
    Amount of pre-petition arrears due at filing:                    _____
    Amount received from the Chapter 13 Trustee                     _____

    Pre-Petition arrears remaining due:                             _____

| 2. | Post-Petition Amounts |
|---|---|

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the date of the Trustee's cure notice.

If Creditor disagrees:
    Post-petition amounts remaining due:                            $4,092.20

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

**Schedule of Amounts Outstanding**

This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.

| Description | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|
| Payments | 11/01/2011 | $110.60 | $0.00 | $110.60 |
| Payments | 12/01/2011 | $110.60 | $0.00 | $110.60 |
| Payments | 01/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 02/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 03/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 04/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 05/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 06/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 07/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 08/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 09/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 10/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 11/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 12/01/2012 | $110.60 | $0.00 | $110.60 |
| Payments | 01/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 02/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 03/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 04/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 05/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 06/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 07/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 08/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 09/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 10/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 11/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 12/01/2013 | $110.60 | $0.00 | $110.60 |
| Payments | 01/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 02/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 03/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 04/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 05/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 06/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 07/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 08/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 09/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 10/01/2014 | $110.60 | $0.00 | $110.60 |
| Payments | 11/01/2014 | $110.60 | $0.00 | $110.60 |

**Amount Remaining Due:        $4,092.20**

## 3.    Sign Here

Print Name:      John R. Callison
Title:            Authorized Agent for Specialized Loan Servicing
                  LLC
Company:         Buckley Madole, P.C.                          /s/ John R. Callison
                                                                Signature

Address and telephone number:                                  11/25/2014
                                                                Date

    P. O. Box 9013
    Addison, TX 75001

Telephone:   ((972) 643-6600          Email:        NFCInquiries@BuckleyMadole.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before November 25, 2014

**Debtor** *Via U.S. Mail*
Bennie Pearson Jr.
1150 N. Lorel
Chicago, Illinois 60651

**Debtors' Attorney**
Patrick Semrad & Associates, LLC
20 S. Clark St 28th Floor
Chicago, IL 60603

**Chapter 13 Trustee**
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, Illinois 60603

**US Trustee**
Office of the US Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois  60604

Respectfully Submitted,

/s/ John R. Callison